# Court of Appeals
# of the State of Georgia

ATLANTA,__March 25, 2024_____

*The Court of Appeals hereby passes the following order:*

**A24E0052.  WILKINSON et al. v. PEACHTREE POINT, LLC.**

Upon consideration of Appellants' Emergency Motion for Writ of Supersedeas, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,__03/25/2024_____*
         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*